# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Randstad US, LLC | 11/29/2022 | 266318 | Check | $ 11,826.28 |
| Akorn Operating Company, LLC | Randstad US, LLC | 12/8/2022 | 266452 | Check | $ 27,184.48 |
| Akorn Operating Company, LLC | Randstad US, LLC | 12/23/2022 | 266636 | Check | $ 28,015.29 |
| Akorn Operating Company, LLC | Randstad US, LLC | 1/3/2023 | 266817 | Check | $ 24,206.82 |
| Akorn Operating Company, LLC | Randstad US, LLC | 1/17/2023 | 266882 | Check | $ 1,056.00 |
| Akorn Operating Company, LLC | Randstad US, LLC | 2/1/2023 | 267204 | Check | $ 24,325.53 |
| Akorn Operating Company, LLC | Randstad US, LLC | 2/2/2023 | 267134 | Check | $ 44,035.06 |
| | | | | | $ 160,649.46 |