# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RANDSTAD US, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50192 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the parties below:

| *E-Mail*<br>Siena Gaddy<br>Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC<br>100 Vision Drive, Suite 400<br>sgaddy@bakerdonelson.com | *E-Mail*<br>Mark Duedall<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>100 Vision Drive, Suite 400<br>mduedall@bakerdonelson.com |
|---|---|

Dated: July 21, 2025              **SAUL EWING LLP**

                                  By: */s/ Evan T. Miller*
                                  Evan T. Miller (DE Bar No. 5364)
                                  Paige N. Topper (DE Bar No. 6470)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff*

2